```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                   FT. PIERCE DIVISION
              Case No. 13-14032-CIV-GRAHAM
```

GARY LEGORE,

    Plaintiff,

vs.

BAY STATE MILLING COMPANY,

    Defendants.

_____/

## NOTICE OF HEARING

**THIS CAUSE** is hereby scheduled for hearing on the Motion to Withdraw as Counsel for Plaintiff Gary Legore [D.E. 15] with a hearing to take place before the Honorable Donald L. Graham, at the **U.S. Courthouse, 101 South U.S. Highway 1, Room 13-4, Ft. Pierce, FL 34950, on Thursday, May 30 at 2:30 p.m**.  It is hereby

    **ORDERED AND ADJUDGED** that Plaintiff Gary Legore is <u>required to attend</u>.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of May, 2013.

                                              s/ Donald L. Graham
                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record